CLOSED

<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYRONE JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BAYONNE, et al.,<br><br>        Defendants. | Civil Action No. 15-508 (JLL) (JAD)<br><br>**ORDER** |

**LINARES,** District Judge**.**

This matter having come before the Court on Plaintiff's Motion to Remand, requesting leave to file an Amended Complaint to remove all federal claims from this action; and Judge Dickson having filed a Report and Recommendation on May 15, 2015, granting Plaintiff's request to file the Amended Complaint and recommending that this Court remand this case to state court for lack of subject matter jurisdiction. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

**IT IS** on this 1st day of June, 2015,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson filed on May 15, 2015 [CM/ECF No. 5] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that this matter is hereby remanded to the Superior Court of New Jersey, Law Division, Hudson County; and it is further

**ORDERED** that this case is **CLOSED**.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES
U.S. DISTRICT JUDGE